# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DAROLD RUDOLPH LIGHTBURN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1891

———————————————

May 24, 2024

Appeal from the Circuit Court for Hillsborough County; Christine A. Marlewski, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.